429 A.2d 60

Commonwealth v. Roberts, Appellant.

Petition for Allowance of Appeal Denied March 13, 1981.

Submitted June 9, 1980.   Dennis Scott Hudak, for appellant;   John Gallagher, District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.